UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDEN PEAR FUNDING OPCO, LLC,<br><br>                      Plaintiff,<br><br>  -against-<br><br>ADVANCED MEDICAL TREATMENT CENTER, INC.,<br><br>                      Defendant. | 23-CV-10096 (JMF)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      By Order of Reference dated April 12, 2024 (ECF 33), Judge Jesse M. Furman referred this case to Magistrate Judge Ona T. Wang for settlement. On April 15, 2024, that referral was reassigned to me.

      A settlement conference is scheduled for **Friday, May 24, 2024 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **April 26, 2024**, to propose three alternative dates and times for the settlement conference during the week of May 20, 2024.

      The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **May 17, 2024, at 5:00 p.m**.

      Corporate parties must send the person with decision-making authority to settle the matter to the conference.

      If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  April 15, 2024
             New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge