UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
GOLDEN PEAR FUNDING OPCO, LLC,                :
:
                             Plaintiff,      :
:
                -v-                               :      23-CV-10096 (JMF)
:
ADVANCED MEDICAL TREATMENT CENTER,            :      ORDER
INC.,                                         :
:
                          Defendant.     :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On April 24, 2024, Plaintiff filed a motion to strike certain of Defendants' affirmative defenses under Rule 12(f) of the Federal Rules of Civil Procedure. *See* ECF No. 35. Under Rule 15(a)(1)(B), Defendant has twenty-one (21) days after the service of the motion to amend its Answer once as a matter of course.

       Accordingly, it is hereby ORDERED that Defendant shall file any amended answer by **May 15, 2024**. Pursuant to Paragraph 1.B. of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, any amended answer should be filed with a redline showing all differences between the original and revised filing. Defendant will not be given any further opportunity to amend the answer to address issues raised by the motion to strike.

       If Defendant does amend, by three (3) weeks after the amended complaint is filed, Plaintiff shall file (1) a new motion to strike, (2) a letter stating that it relies upon the previous motion, or (3) a letter withdrawing the motion as moot. If Plaintiff files a new motion to strike, the Court will deny the previously filed motion to strike as moot. If Plaintiff files a new motion to strike or indicates that it relies on its previously filed motion to strike, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

       If no amended answer is filed, Defendant shall file any opposition to the motion to strike by **May 15, 2024**. Plaintiff's reply, if any, shall be filed by **May 22, 2024**.

       SO ORDERED.

Dated: April 25, 2024
       New York, New York
                                                                 JESSE M. FURMAN
                                                            United States District Judge