UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
GOLDEN PEAR FUNDING OPCO, LLC,                                     :
                                                                   :
                        Plaintiff,                                 :
                                                                   :                23-CV-10096 (JMF)
            -v-                                                     :
                                                                   :                     ORDER
ADVANCED MEDICAL TREATMENT CENTER,                                 :
INC.,                                                              :
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The parties are reminded that, per the Case Management Plan and Scheduling Order
("CMP"), ECF No. 32, counsel should submit their joint status letter on ECF no later than the
Thursday prior to the upcoming pretrial conference.  The letter should address, in addition to the
issues set forth in the CMP, whether the parties can do without a conference altogether.  Unless
and until the Court orders otherwise, all existing dates and deadlines — including, as
appropriate, the deadlines for summary judgment motions and/or a proposed joint pretrial order,
as set forth in the CMP — remain in effect.

        If, after reviewing the parties' joint status letter, the Court concludes that a conference is
unnecessary at this time, it will issue an order canceling or rescheduling it.  If a conference is
held, **it will be by telephone** and may be scheduled for a different time.  To that end, counsel
should indicate in their joint status letter dates and times during the week of the currently
scheduled conference that they would be available for a telephone conference.  Unless and until
the Court orders otherwise, however, the conference will proceed — and will do so on the date
and time previously set.

        In the event a conference is held, the parties should join it by calling the Court's
dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the
pound (#) key.  Further, counsel should review and comply with the procedures for telephone
conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at
https://nysd.uscourts.gov/hon-jesse-m-furman, including Rule 3(B)(i), which requires the parties,
**no later than 24 hours before the conference**, to send a joint email to the Court with the names
and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and
the telephone numbers from which counsel expect to join the call.

        SO ORDERED.

Dated: August 5, 2024
       New York, New York                         _____
                                                  JESSE M. FURMAN
                                                  United States District Judge