UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                  :

GOLDEN PEAR FUNDING OPCO, LLC,      :
                  :

           Plaintiff,        :

                  :        23-CV-10096 (JMF)

    -v-                  :

                  :          ORDER

ADVANCED MEDICAL TREATMENT CENTER,  :
INC.,                  :

                  :

          Defendant.      :

                  X

------------------------------------------------------------------------

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's September 16, 2024 Order, ECF No. 58, the parties were required to file their joint status letter, the contents of which are described therein, by September 19, 2024. To date, the parties have not filed the letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 24, 2024**.

       SO ORDERED.

Dated: September 20, 2024
       New York, New York                  _____
                               JESSE M. FURMAN
                         United States District Judge