UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
GOLDEN PEAR FUNDING OPCO, LLC, :
 :
 :
 Plaintiff, :
 :  23-CV-10096 (JMF)
 -v- :
 :  ORDER
 :
ADVANCED MEDICAL TREATMENT CENTER, :
INC., :
 :
 Defendant. :
 :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's November 21, 2024 Order granting the parties' extension request, ECF No. 70, the parties were required to file the Joint Pretrial Order, the contents of which are described at ECF No. 68, by November 27, 2024. To date, the parties have not filed the Joint Pretrial Order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **December 6, 2024**. The deadline to file any reply memorandum of law is hereby EXTENDED, *nunc pro tunc*, to **December 20, 2024**. Failure to file the Joint Pretrial Order by the new deadline may result in dismissal for failure to prosecute and/or other sanctions.

      SO ORDERED.

Dated: December 3, 2024
       New York, New York
                                          JESSE M. FURMAN
                                         United States District Judge