UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
GOLDEN PEAR FUNDING OPCO, LLC,                                    :
:
Plaintiff,                                :
:                    23-CV-10096 (JMF)
-v-                                       :
:                           ORDER
ADVANCED MEDICAL TREATMENT CENTER,                                :
INC.,                                                             :
:
Defendant.                                :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On December 6, 2024, the parties filed a Joint Pretrial Order, *see* ECF No. 72, that falls woefully short of the submission requirements outlined in the Court's October 23, 2024 scheduling order, *see* ECF No. 68, and set forth in the Court's Individual Rules and Practices, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      In light of that, the parties shall appear for a conference with the Court on **December 12, 2024**, at **10:30 a.m.** Counsel should be prepared to the address the deficiencies of their joint filing and to discuss a firm trial date. The conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases. The parties should join the conference by calling the Court's **new** dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      SO ORDERED.

Dated: December 9, 2024
      New York, New York
                                                           JESSE M. FURMAN
                                                         United States District Judge