UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
GOLDEN PEAR FUNDING OPCO, LLC, :
:
                Plaintiff, : 23-CV-10096 (JMF)
:
    -v- : <u>ORDER</u>
:
ADVANCED MEDICAL TREATMENT CENTER, :
INC., :
:
                Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As discussed on the record during the teleconference held earlier today:

- The parties shall cure all deficiencies in their Joint Pretrial Order and related materials, *see* ECF No. 68, no later than **December 18, 2024**. Failure to cure by the deadline will result in sanctions, including but not limited to dismissal of this action for failure to prosecute. **No extensions of this deadline will be granted.**

- Trial will begin on **January 23, 2025**, at 9:30 a.m. and, if necessary, continue on **January 24, 2025**. **That is a firm date.**

    SO ORDERED.

Dated: December 12, 2024
       New York, New York

                                              _____
                                                   JESSE M. FURMAN
                                                United States District Judge