UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
         :
GOLDEN PEAR FUNDING OPCO, LLC,      :
         :
         Plaintiff,      :      23-CV-10096 (JMF)
         :
      -v-      :      <u>SCHEDULING ORDER</u>
         :
ADVANCED MEDICAL TREATMENT CENTER,      :
INC.,      :
         :
         Defendant.      :
         :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Trial in this case is scheduled to begin on **January 23, 2025** at **9:30 a.m.** Counsel shall appear for a final pretrial conference on **January 21, 2025** at **3:45 p.m.**, in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

      Counsel should familiarize themselves with the Court's Individual Rules and Practices for Trials, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      **The parties are reminded that the trial date is a firm date.** The parties are advised that the trial date will not be adjourned on account of a settlement in principle; put differently, unless the parties (1) file a stipulation of dismissal or settlement or (2) appear in person to put the material terms of a settlement on the record (and the Court approves the settlement to the extent that such approval is required), the parties should be prepared to go to trial as scheduled.

      SO ORDERED.

Dated: January 6, 2025
      New York, New York

                                              JESSE M. FURMAN
                                         United States District Judge